NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1002

REMBRANDT DATA TECHNOLOGIES, LP,

Plaintiff-Appellant,

v.

AOL, LLC,

Defendant,

and

CAVALIER TELEPHONE, LLC,

Defendant,

and

DIRECTV, INC.,

Defendant-Appellee,

and

HEWLETT-PACKARD COMPANY,

Defendant-Appellee,

and

CANON U.S.A., INC., CANON BUSINESS SOLUTIONS, INC., and
CANON INFORMATION TECHNOLOGY SERVICES, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Virginia
in case no. 08-CV-1009, Judge Gerald Bruce Lee.

ON MOTION

<u>ORDER</u>

Cavalier Telephone, LLC moves to withdraw itself as a party in this case due to settlement.

Pursuant to Fed. R. App. P. 12(a), it is the court's usual practice to include all parties in the official caption, even if the parties are not participating on appeal.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the revised official caption is reflected above.

FOR THE COURT

FEB 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  George Pazuniak, Esq.
     Michael J. Songer, Esq.
     Charles R. Bruton, Esq.
     R. Alexander Pilmer, Esq.
     Ian L. Saffer, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2010

JAN HORBALY
CLERK

2010-1002                                   - 2 -